# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

March 20, 2025

Lyle W. Cayce
Clerk

No. 24-30371
Summary Calendar

―――――――――

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

EDUARDO VALENCIA-CASQUETE,

*Defendant—Appellant*.

―――――――――――――――――――――――

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:21-CR-168-1

―――――――――――――――――――――――

Before ELROD, *Chief Judge*, and HAYNES, and DUNCAN, *Circuit Judges*.

PER CURIAM:[*]

The attorney appointed to represent Eduardo Valencia-Casquete has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Valencia-Casquete has filed a response. The record is not sufficiently developed to allow us to make a fair evaluation of Valencia-

―――――――――――――――――――

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 24-30371

Casquete's claim of ineffective assistance of counsel; we therefore decline to consider the claim without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Valencia-Casquete's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.

Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.